UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| TESSA SCHWARZ, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:14CV00259 ERW |
| JPMORGAN CHASE & CO., | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Upon oral request of counsel for all parties, and by agreement of this Court, the stay of briefing deadlines on pending Motion to Dismiss [ECF No. 11] is extended up to and including May 28, 2014.

Dated this  25th  day of April, 2014.

*[signature]*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE